IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MARYANNE MCCAULEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:23-CV-01339 |
| HECHT'S REAL ESTATE COMPANY, L.P. and ) | |
| KBP BRANDS, LLC, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, MARYANNE MCCAULEY, and Defendant, KBP BRANDS, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party bears their own fees and costs.

Respectfully submitted this 20th day of February, 2024.

        Law Offices of
        THE SCHAPIRO LAW GROUP, P.L.

        /s/ *Douglas S. Schapiro*_____
        Douglas S. Schapiro, Esq.
        State Bar No. 54538FL
        The Schapiro Law Group, P.L.
        7301-A W. Palmetto Park Rd., #100A
        Boca Raton, FL 33433
        Tel: (561) 807-7388
        Email: schapiro@schapirolawgroup.com

        Attorney for Plaintiff

        */s/*   J. Randall Coffey
        J. Randall Coffey, Esq. - #35070MO
        Fisher & Phillips LLP
        4900 Main Street, Suite 650
        Kansas City, MO  64112
        (816) 842-8770
        Email:  rcoffey@fisherphillips.com

        Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of February, 2024, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

        /s/  Douglas S. Schapiro
        Douglas S. Schapiro
        State Bar No. 54538FL